# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>            Plaintiff,<br><br>     v.<br><br>JERRY BROWN, Governor, State of California, et al.,<br><br>            Defendants. | Case No.  1:13-cv-00311-SMS (PC)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER**<br><br>Doc. 7<br><br>**RESPONSE DUE WITHIN FIFTEEN (15) DAYS** |

Plaintiff Isabel Tubach ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint in this action on March 5, 2013.  Doc. 1.

In the Complaint, Plaintiff alleged that Governor Brown had authorized the other Defendants' sexual abuse and harassment of Plaintiff in violation of the Eighth Amendment.  The complaint failed to state specific factual details and the dates of the occurrences of which Plaintiff complained. The majority of the allegations were legal conclusions rather than detailed factual allegations.

///

On March 19, 2014, the Court ordered Plaintiff to submit within thirty (30) days a more definite statement of facts so that the Court could screen the Complaint in compliance with 28 U.S.C. § 1915A.  Doc. 7.  The order warned Plaintiff that failure to comply as directed might result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.  Although more than thirty days have passed, Plaintiff has neither provided a more definite statement of facts, requested an extension of time to comply, nor responded to the Court's order in any other way.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, the Court HEREBY ORDERS that:

1. within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of March 19, 2013; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **April 23, 2014**               **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE